**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| A.S., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:25-CV-5-CDL-AGH |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

Defendant filed an unopposed motion to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). The Court considered the motion and the grounds articulated therein and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). This case is consequently remanded to the Commissioner of Social Security. On remand, the agency will offer Plaintiff the opportunity for a supplemental hearing and issue a new decision.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 1st day of May, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA