IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| A.S., | : |
|     Plaintiff, | : |
| v. | : CASE NO. 3:25-CV-5-CDL-AGH |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|     Defendant. | : |

**ORDER**

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412(d), it is ORDERED that:

1. Plaintiff is awarded attorney's fees in the amount of $13,562.

2. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt subject to offset, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel. If Treasury determines that Plaintiff owes a federal debt subject to offset, any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 23rd day of June, 2025.

/s Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE